UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

BEST PAYPHONES, INC.,

                              Plaintiff,

  -against-

CITY OF NEW YORK, et al.,

                             Defendants.

-------------------------------------------------------------------X

**JUDGMENT**
( 03-CV- 0192 (JG) )

*04-CV- 3541*

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 21 2006 ★

**BROOKLYN OFFICE**

An Order of Honorable John Gleeson, United States District Judge, having been filed on May 25, 2006, dismissing the complaint filed in 04-CV- 3541; and denying as moot plaintiff's request for additional time; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that the complaint is dismissed.

Dated:  Brooklyn, New York
         July 14, 2006

                                      s/Robert C. Heinemann
                                      ROBERT C. HEINEMANN
                                      Clerk of Court